IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-164-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LETHEN DELSTONIO POLLACK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

At the defendant's sentencing hearing on April 30, 2021, the court considered and rejected defendant's COVID-19 argument and sentenced defendant to 57 months' imprisonment. Defendant is appealing his 57-month sentence, and the appeal remains pending. See [D.E. 119]. Thus, the court denies defendant's motion for compassionate release. See [D.E. 106, 122, 124]; Fed. R. Crim. P. 37(a); see, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Bunch, 828 F. App'x 185, 185 (4th Cir. 2020) (per curiam) (unpublished); United States v. Pawlowski, 967 F.3d 327, 329 n.4 (3d Cir. 2020); Doe v. Pub. Citizen, 749 F.3d 246, 258 (4th Cir. 2014).

SO ORDERED. This 19 day of May 2021.

JAMES C. DEVER III
United States District Judge