UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lethen Delstonio Pollack Jr.**　　　　　　　　　　　　**Docket No. 7:18-CR-164-1D**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lethen Delstonio Pollack Jr., who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 31, 2020, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Lethen Delstonio Pollack Jr. was released from custody on October 11, 2022, at which time the term of supervised release commenced.

A violation report was submitted advising Pollack tested positive for marijuana on October 28, 2022. On November 17, 2022 the Court approved for supervision to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in Moral Recognition Therapy through Coastal Horizons Center in Wilmington, North Carolina, which will increase his likelihood of success on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.　　　　　　　　　　　　/s/ Jay Kellum
C. Lee Meeks, Jr.　　　　　　　　　　　　　　Jay Kellum
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5109
　　　　　　　　　　　　　　　　　　　　　　Executed On: November 18, 2022

Lethen Delstonio Pollack Jr.
Docket No. 7:18-CR-164-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __November__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge